822

No. 76–1570. ROBINSON ET AL. v. UNION CARBIDE CORP. C. A. 5th Cir. Certiorari denied.

No. 76–1571. WILEY, MOTHER AND NEXT OF KIN OF BERRY v. MEMPHIS POLICE DEPARTMENT ET AL. C. A. 6th Cir. Certiorari denied.

No. 76–1573. BARNETTE v. UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 76–1575. CONTROL DATA CORP. v. TECHNITROL, INC. C. A. 4th Cir. Certiorari denied.

No. 76–1577. HALL v. IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 76–1578. VISCONTI v. UNITED STATES; and
No. 76–6697. VISCONTI v. UNITED STATES. C. A. 3d Cir. Certiorari denied. Reported below: 556 F. 2d 570.

No. 76–1579. GRAND LODGE OF FREE AND ACCEPTED MASONS, MASONIC HOME v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 6th Cir. Certiorari denied.

No. 76–1580. SANDS POINT NURSING HOME v. INGRAHAM, COMMISSIONER OF HEALTH OF NEW YORK, ET AL. Ct. App. N. Y. Certiorari denied.

No. 76–1581. FREEDMAN v. HIGGINBOTHAM, U. S. DISTRICT JUDGE. C. A. 3d Cir. Certiorari denied.

No. 76–1582. WHITMER v. WHITMER. Super. Ct. Pa. Certiorari denied.